■ In the Matter of LOUIS W. VYMER, an Attorney.— Motion for reinstatement to the Bar granted. Concur — Botein, P. J., Breitel, Valente, McNally and Bastow, JJ.